AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.
Ryan Michael English (AKA: "Reily" Michael English)

*Defendant*

)
)
) Case: 1:25-mj-00019
) Assigned To : Sharbaugh, Matthew J.
) Assign. Date : 1/28/2025
) Description: COMPLAINT W/ARREST WARRANT
)

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                    Ryan Michael English                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

26 U.S. Code § 5861 (Unlawful Receipt, Possession, and/or Transfer of a Firearm),
40 U.S. Code § 5104(e)(1)(A) (Carrying a Firearm, Dangerous Weapon, Explosive, or Incendiary Device on the Grounds of the Capitol).

Date:    01/28/2025

*Issuing officer's signature*

City and state:    Washington, D.C.        Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/28/25, and the person was arrested on *(date)* 1/28/25
at *(city and state)* Washington, DC.

Date: 1/28/25

*Arresting officer's signature*

Ryan Owens, NUSM
*Printed name and title*