UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 25-MJ-19 |
| v. : | |
| : | |
| RYAN MICHAEL ENGLISH : | |
| aka "REILY" MICHAEL ENGLISH : | |
| : | |
| Defendant. : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Justin Song, who may be contacted by telephone on (202) 227-9019 or e-mail at Justin.Song@usdoj.gov. This is notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
DC Bar No. 481866

By: /s/ *Justin F. Song*
Justin F. Song
NY Bar No. 5626379
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 227-9019
Justin.Song@usdoj.gov