UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | MAGISTRATE NO. 25-MJ-00019 |
| v. | : | |
| | : | |
| RYAN MICHAEL ENGLISH | : | |
| Also known as "Riley Jane English," | : | |
| | : | |
| Defendant. | : | |

**JOINT MOTION TO CONTINUE STATUS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Maria Jacob, counsel for the Defendant (hereafter "the parties") respectfully requests that the Court continue the April 1, 2025, status hearing in this matter until a date in the week of May 12, 2025. The government has issued multiple productions of discovery and expects to make an additional production soon, and the parties need additional time to review discovery and negotiate a potential resolution of this case.

The defense agrees to toll time under the Speedy Trial Act between April 1, 2025 and the date of the next hearing in the week of May 12, 2025. Furthermore, the defense continues to waive the right to a timely preliminary hearing but reserves the right to request a preliminary hearing at a later time.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court

1

reschedule the next status hearing in this case for a date during the week of May 12, 2025.

        Respectfully submitted,

        EDWARD R. MARTIN, JR.
        UNITED STATES ATTORNEY
        D.C. Bar No. 481866

By: */s/ Monica Svetoslavov*
    Justin F. Song
    N.Y. Bar No. 5626379
    Assistant United States Attorney
    Monica Svetoslavov
    D.C. Bar No. 252645
    Special Assistant United States Attorney
    United States Attorney's Office
    601 D Street NW
    Washington, D.C.  20530
    Justin.Song@usdoj.gov
    Monica.Svetoslavov2@usdoj.gov
    (202) 227-9019
    (202) 252-0844