UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | MAGISTRATE NO. 25-MJ-00019 |
| v. | : | |
| | : | |
| RYAN MICHAEL ENGLISH | : | |
| Also known as "Riley Jane English," | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the Joint Motion to Continue Status, it is hereby **ORDERED** that the motion is **GRANTED**. The hearing previously set for 1:00 p.m. ET on April 1, 2025 is **VACATED** and **RESCHEDULED** for _____, 2025 at ____ in Courtroom ____.

It is further **ORDERED** that the time between April 1, 2025 and _____ is tolled under the ends of justice exception to the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A). The Court finds that such tolling is warranted to allow the parties to continue to review discovery, engage in plea negotiations, and resolve this case prior to trial. The Court concludes that the ends of justice served by a continuance outweigh the best interests of the public and defendant in a speedy trial.

SO ORDERED this _____ day of March, 2025.

_____
UNITED STATES MAGISTRATE JUDGE