# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **MAGISTRATE NO. 25-MJ-00019** |
| v. | : | |
| | : | |
| **RYAN MICHAEL ENGLISH** | : | |
| Also known as "Riley Jane English," | : | |
| | : | |
| **Defendant.** | : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that the defendant does not oppose this motion or the entry of the attached protective order.

        Respectfully submitted,

        EDWARD R. MARTIN, JR.
        UNITED STATES ATTORNEY
        D.C. Bar No. 481866

By:    */s/ Monica Svetoslavov*
        Monica Svetoslavov
        Special Assistant United States Attorney
        D.C. Bar No. 252645
        601 D Street, N.W.
        Washington, D.C. 20530
        202-252-0844
        Monica.Svetoslavov2@usdoj.gov