UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 25-mj-19 |
| | : |
| RYAN MICHAEL ENGLISH, | : |
| Also known as "Riley Jane English," | : |
| | : |
| **Defendant.** | |

## ORDER

Based upon the representations in the Joint Motion to Continue Status, and upon consideration of the entire record, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled preliminary hearing on April 1, 2025, be continued to May 12, 2025, at 1:00 p.m.; and it is further

**ORDERED** that the time between April 1, 2025, and May 12, 2025, shall be excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to potentially resolve this matter and additional time for the defendant to review discovery.

**IT IS SO ORDERED.**

Date: March 20, 2025

_____
THE HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE